William E. Bonham, SBN: 55478
Attorney at Law
Hotel de France Bldg. Old Sacramento
916 2nd Street, 2nd Floor, Suite A
Sacramento, CA 95814

Telephone: (916) 557-1113
Facsimile: (916) 557-1118
E-mail: billbonham@mylaw.comcastbiz.net

Attorney for defendant
Rudy Tafoya

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>RUDY TAFOYA,<br><br>　　　　　　　　　　Defendant. | CASE NO. 2:22-CR-78 JAM<br><br>AMENDED STIPULATION REGARDING CONTINUANCE OF STATUS HEARING; ORDER<br><br>DATE: July 19, 2022<br>TIME: 9:30 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

Defendant Rudy Tafoya, by and through his counsel of record, and plaintiff United States of America, by and through its counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on July 19, 2022.

2. By this stipulation, the defendant now moves to continue Status Hearing until August 30, 2022, at 9:30 a.m.

3. The parties agree and stipulate, and request that the Court find the following:

　　a. This is related to a pending supervised release violation petition in *United States v. Rudy Tafoya*, 2:14-CR-193-JAM, which the parties have also agreed to continue to August 30, 2022, at 9:30 a.m.

b. Counsel for the defendant needs additional time to consult with his client and to review and discuss written plea offer from the Government.

c. Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, considering the exercise of due diligence.

d. The government does not object to the continuance however does state that no more continuances will be agreed.

e. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of July 19, 2022 to August 30, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

g. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  July 14, 2022

/s/ William E. Bonham
WILLIAM E. BONHAM
Counsel for Defendant
RUDY TAFOYA

| | |
|---|---|
| Dated: July 14, 2022 | PHILLIP A, TALBERT<br>Acting United States<br>Attorney<br><br>/s/ Emily Sauvageau<br>EMILY SAUVAGEAU<br>Assistant United States<br>Attorney |

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 14th day of July 2022.

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT COURT JUDGE