William E. Bonham, SBN: 55478
Attorney at Law
Hotel de France Bldg. Old Sacramento
916 2nd Street, 2nd Floor, Suite A
Sacramento, CA 95814

Telephone: (916) 557-1113
Facsimile: (916) 557-1118
E-mail: billbonham@mylaw.comcastbiz.net

Attorney for defendant
Rudy Tafoya

# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>RUDY TAFOYA,<br><br>　　　　　　　　　　Defendant. | CASE NO. 2:22-CR-78 JAM<br><br>STIPULATION REGARDING CONTINUANCE OF STATUS HEARING; ORDER<br><br>DATE: August 30, 2022<br>TIME: 9:30 a.m.<br>COURT: Hon. John A. Mendez |

## STIPULATION

Defendant Rudy Tafoya, by and through his counsel of record, and plaintiff United States of America, by and through its counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on August 30, 2022.

2. By this stipulation, the defendant now moves to continue Status Hearing until September 20, 2022, at 9:30 a.m.

3. The parties agree and stipulate, and request that the Court find the following:

　　a. This is related to a pending supervised release violation petition in *United States v. Rudy Tafoya*, 2:14-CR-193-JAM, which the parties have also agreed to continue to September 20, 2022, at 9:30 a.m.

b. Counsel for the defendant needs additional time to consult with his client and to review and discuss written plea offer from the Government that has been delayed due to counsel's illness and covid infection in Sacramento County jail.

c. Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, considering the exercise of due diligence.

d. The government does not object to the continuance, however does object to any more continuances.

e. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of July 19, 2022 to September 20, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

g. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

/
/
/
/

STIPULATION REGARDING CONTINUANCE OF
ADMIT/DENY HEARING

IT IS SO STIPULATED.

Dated: August 25, 2022                    /s/ William E. Bonham
                                          WILLIAM E. BONHAM
                                          Counsel for Defendant
                                          RUDY TAFOYA

Dated: August 25, 2022                    PHILLIP A, TALBERT
                                          Acting United States Attorney

                                          /s/ Emily Sauvageau
                                          EMILY SAUVAGEAU
                                          Assistant United States Attorney

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 26th day of August 2022.

.

                                          /s/ John A. Mendez
                                          THE HONORABLE JOHN A. MENDEZ
                                          SENIOR UNITED STATES DISTRICT JUDGE
