PHILLIP A. TALBERT
United States Attorney
EMILY G. SAUVAGEAU
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RUDY TAFOYA,<br><br>Defendant. | CASE NO. 2:22-cr-00078-JAM<br><br>**AMENDED STIPULATION AND ORDER TO MODIFY PRESENTENCE BRIEFING SCHEDULE AND TO RE-SCHEDULE JUDGMENT AND SENTENCING**<br><br>DATE: July 25, 2023<br>TIME: 9:00 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for judgment and sentencing on July 25, 2023. ECF No. 51. The parties filed a stipulation and proposed order setting a briefing schedule in advance of the July 25, 2023 sentencing date. ECF No. 52. However, the Court is no longer available on July 25, 2023. Therefore, the parties file this amended stipulation and proposed order to modify the proposed briefing schedule and to continue sentencing to August 1, 2023. This filing supplants ECF No. 52.

2. By this stipulation, the parties agree to modify the PSR and judgment and sentencing schedule as follows, in accordance with Local Rule 461:

    a)    Informal Objections to Presentence Report Due:    July 5, 2023

    b)    Presentence Report Due:    July 11, 2023

|   |   |   |   |
|---|---|---|---|
| c) | Motion for Correction of Presentence Report Due: | | July 18, 2023 |
| d) | Reply or Statement Due: | | July 25, 2023 |
| e) | Judgment and Sentencing: | | **August 1, 2023, at 09:00 AM** |

IT IS SO STIPULATED.

Dated:  June 26, 2023          PHILLIP A. TALBERT
                               United States Attorney

                               /s/ EMILY G. SAUVAGEAU
                               ─────────────────────────
                               EMILY G. SAUVAGEAU
                               Assistant United States Attorney


Dated:  June 26, 2023          /s/ WILLIAM BONHAM
                               ─────────────────────────
                               WILLIAM BONHAM
                               Counsel for Defendant
                               RUDY TAFOYA


**ORDER**

IT IS SO FOUND AND ORDERED.

Dated: June 26, 2023           /s/ John A. Mendez
                               ─────────────────────────
                               THE HONORABLE JOHN A. MENDEZ
                               SENIOR UNITED STATES DISTRICT JUDGE