William E. Bonham, SBN: 55478
Attorney at Law
Hotel de France Bldg. Old Sacramento
916 2nd Street, 2nd Floor, Suite A
Sacramento, CA 95814

Telephone: (916) 557-1113
Facsimile: (916) 557-1118
E-mail: billbonham@mylaw.comcastbiz.net

Attorney for defendant
Rudy Tafoya

# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RUDY TAFOYA,<br><br>Defendant. | CASE NO.  2:22-cr-00078-JAM<br><br>**STIPULATION REGARDING CONTINUANCE OF JUDGMENT & SENTENCING HEARING. ORDER**.<br><br>DATE: August 1, 2023<br>TIME: 9:00 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

Defendant Rudy Tafoya, by and through his counsel of record, and plaintiff United States of America, by and through its counsel of record, hereby stipulate as follows:

1. By previous stipulation and order, this matter was set for "in person" Judgment & Sentencing hearing for Tuesday, August 1, 2023 at 9:00 am.

2. By this stipulation, the defendant now requests for continuance of the "in person" Judgment & Sentencing hearing currently set for Tuesday, August 1, 2023, at 9:00 am, to the next available date for the Court and parties on or after **August 29, 2023**, **at 9:00 a.m**.

3.  The parties agree and stipulate, and request that the Court find the following:

   a. This is related to a pending supervised release violation petition in *United States v. Rudy Tafoya*, 2:14-CR-193-JAM, which the parties have also agreed to continue Dispositional hearing to August 29, 2023, at 9:00 a.m.

   b. Defense counsel would have selected August 29, 2023, for the hearing date when the Court gave notice, through the Courtroom Deputy, that the Court was no longer available on 7/25/2023, had defense counsel remembered that he had a personal, albeit family commitment, that conflicts with the August 1, 2023, date.

   c. The government does not object to the continuance.

   d. Based on the above-stated findings, the ends of justice would be served by continuing the sentencing and dispositional hearing as prescribed by the Speedy Trial Act.

4.  The parties further request that the Court modify the pre-sentence report schedule as follows:

| | |
|---|---|
| Judgment and Sentencing date: | August 29, 2023 |
| Reply or statement of non-opposition: | August 22, 2023 |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | August 15, 2023 |
| The Pre-Sentence Report Shall be Filed with the Court No Later Than: | August 8, 2023 |
| Counsel's Written Objections to the Pre-Sentence Report shall be delivered to the Probation Officer and the Opposing Counsel no later than: | August 1, 2023 |
| The Proposed Pre-Sentenced Report was disclosed. to counsel and filed on January 24, 2023 | |

**IT IS SO STIPULATED**.

Dated:  June 28, 2023                    /s/ William E. Bonham
                                         WILLIAM E. BONHAM
                                         Counsel for Defendant
                                         RUDY TAFOYA

Dated:  June 28, 2023                    PHILLIP A, TALBERT
                                         Acting United States
                                         Attorney

                                         /s/ Emily Sauvageau
                                         EMILY SAUVAGEAU
                                         Assistant United States
                                         Attorney

/

/

/

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

Dated: July 05, 2023         /s/ John A. Mendez
                             THE HONORABLE JOHN A. MENDEZ
                             SENIOR UNITED STATES DISTRICT JUDGE