Case 2:22-cr-00078-JAM   Document 63   Filed 08/17/23   Page 1 of 3

William E. Bonham, SBN: 55478
Attorney at Law
Hotel de France Bldg. Old Sacramento
916 2nd Street, 2nd Floor, Suite A
Sacramento, CA 95814

Telephone: (916) 557-1113
Facsimile: (916) 557-1118
E-mail: billbonham@mylaw.comcastbiz.net

Attorney for defendant
Rudy Tafoya

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RUDY TAFOYA,<br><br>　　　　Defendant. | CASE NO. **2:22-cr-00078-JAM**<br>　　　　　**2:14-cr-00193-JAM**<br><br>STIPULATION REGARDING CONTINUANCE MOTION OF JUDGMENT & SENTENCING HEARING WITH MODIFIED BRIEFING SCHEDULE. ORDER.<br><br>DATE: August 21, 2023<br>TIME: 9:00 a.m.<br>COURT: Hon. John A. Mendez |

## STIPULATION

Defendant Rudy Tafoya, by and through his counsel of record, and plaintiff United States of America, by and through its counsel of record, hereby stipulate as follows:

1. By previous stipulation and order, this matter was set for "in person" Judgment & Sentencing hearing for Tuesday, August 29, 2023 at 9:00 am. Defendant, through his attorney filed Motion for Continuance of Sentencing Hearing.

2. By this stipulation, the parties now requests for the "in person" Judgment & Sentencing hearing currently set for Tuesday, August 29, 2023 at 9:00 am, be confirmed

1

with the modified briefing schedule as stated below. The defendant requests that the Motion for Continuance be vacated per this stipulation.

3. The parties agree and stipulate, and request that the Court find that this is related to a pending supervised release violation petition in *United States v. Rudy Tafoya*, 2:14-CR-193-JAM, which the parties have also agreed to confirm the Dispositional hearing for August 29, 2023, at 9:00 a.m. with the below modified schedule. Based on the above-stated findings, the ends of justice would be served by this stipulation confirming sentencing and dispositional hearing with modified schedule, as prescribed by the Speedy Trial Act and vacating defense motion for continuance.

4. The parties further request that the Court modify the pre-sentence report schedule as follows:

| | |
|---|---|
| Judgment and Sentencing date: | **August 29, 2023** |
| Reply and/or Sentencing Memorandum: | **August 23, 2023** |
| Motion for Correction of the Presentence Report and Sentencing Memorandum shall be filed with the Court and served on the Probation Officer and opposing. counsel no later than: | **August 21, 2023** |

/
/
/
/
/
/
/

**IT IS SO STIPULATED**.

Dated:  August 17, 2023              /s/ William E. Bonham
                                     WILLIAM E. BONHAM
                                     Counsel for Defendant
                                     RUDY TAFOYA

Dated:  August 17, 2023              PHILLIP A, TALBERT
                                     Acting United States
                                     Attorney

                                     /s/ Emily Sauvageau
                                     EMILY SAUVAGEAU
                                     Assistant United States
                                     Attorney

/

/

/

# ORDER

Based on the stipulation of the parties, the Court hereby **CONFIRMS** the sentencing hearings set for **August 29, 2023, at 09:00 a.m.** and **ADOPTS** the above pre-sentence report schedule.  Defendant's motion to continue is **DENIED**.

**IT IS SO ORDERED**.

Dated: August 17, 2023       /s/ John A. Mendez
                             THE HONORABLE JOHN A. MENDEZ
                             SENIOR UNITED STATES DISTRICT JUDGE