William E. Bonham, SBN: 55478
Attorney at Law
Hotel de France Bldg. Old Sacramento
916 2nd Street, 2nd Floor, Suite A
Sacramento, CA 95814

Telephone: (916) 557-1113
Facsimile: (916) 557-1118
E-mail: billbonham@mylaw.comcastbiz.net

Attorney for defendant
Rudy Tafoya

# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>RUDY TAFOYA,<br><br>　　　　　　　Defendant. | CASE NOS.  2:22-cr-00078-JAM<br>　　　　　　2:14-cr-00193-JAM<br><br>**STIPULATION REGARDING CONTINUANCE OF JUDGMENT & SENTENCING AND DISPOSITIONAL HEARINGS; ORDER.**<br><br>DATE: August 1, 2023<br>TIME: 9:00 a.m.<br>COURT: Hon. John A. Mendez |

## STIPULATION

Defendant Rudy Tafoya, by and through his counsel of record, and plaintiff United States of America, by and through its counsel of record, hereby stipulate as follows:

1. By previous stipulation and order, this matter was set for "in person" Judgment & Sentencing hearing for Tuesday, September 12, 2023 at 9:00 am.

2. By this stipulation, the defendant now requests for continuance of the "in person" Judgment & Sentencing hearing currently set for Tuesday, September 12, 2023 @9:00 am, to **September 26, 2023, at 09:00 a.m.**

　　　The parties agree and stipulate, and request that the Court find the following:

STIPULATION REGARDING CONTINUANCE OF ADMIT/DENY HEARING

1

a. This is related to a pending supervised release violation petition in *United States v. Rudy Tafoya*, **2:14-cr-00193-JAM**, which the parties have also agreed to continue Dispositional hearing to **September 26, 2023, at 09:00 am.**

b. Defense counsel is making this request for continuance due to defense counsel's personal loss, a death in his family.

c. The government does not object to the continuance.

d. Based on the above-stated findings, the ends of justice would be served by continuing the sentencing and dispositional hearing as prescribed by the Speedy Trial Act.

IT IS SO STIPULATED.

Dated: September 11, 2023

/s/ William E. Bonham
WILLIAM E. BONHAM
Counsel for Defendant
RUDY TAFOYA

Dated: September 11, 2023

PHILLIP A, TALBERT
Acting United States Attorney

/s/ Emily Sauvageau
EMILY SAUVAGEAU
Assistant United States Attorney

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

Dated: September 13, 2023    /s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE